**GREEN PARTY OF GEORGIA, Constitution Party of Georgia, Plaintiffs-Appellees,**

v.

**Brian KEMP, Georgia Secretary of State, Defendant-Appellant.**

**No. 16-11689**

United States Court of Appeals, Eleventh Circuit.

(February 1, 2017)

Laughlin McDonald, American Civil Liberties Union Foundation, Inc., Atlanta, GA,

---

[*] Honorable James Randal Hall, United States District Judge, for the Southern District of Georgia, sitting by designation.

J. M. Raffauf, Raffauf Law Office, Roswell, GA, for Plaintiffs-Appellees

Cristina Maria Correia, Julia B. Anderson, Josiah Benjamin Heidt, Russell D. Willard, Attorney General's Office, Atlanta, GA, for Defendant-Appellant

Before WILSON and JILL PRYOR, Circuit Judges, and BARTLE,* District Judge.

PER CURIAM:

The judgment of the district court is affirmed based on the district court's well-reasoned opinion. *See Green Party of Ga. v. Kemp*, 171 F.Supp.3d 1340 (N.D. Ga. 2016).

**AFFIRMED.**